UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARGARET KIRBY,

        Plaintiff,

vs.

NOVUM PHARMACEUTICAL RESEARCH SERVICES OF NEVADA, INC., etc., *et al.*,

        Defendant.

2:11-cv-2050-PMP-RJJ

**ORDER**

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on April 2, 2012, and June 1, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __24th__ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge